**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF THE IRON WORKERS LOCAL
25 PENSION FUND, et al.,

      Plaintiffs,

v.                                                       Case No. 09-CV-12370-DT

CRAWFORD DOOR SALES, INC., et al.,

      Defendants.

                                       /

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

Before the court is a "Motion to Compel Deposition of Defendant William Hughes," filed by Plaintiffs on November 15, 2009. Defendants filed their Response to the Motion on December 2, 2009, and the court conducted a telephonic status conference, on the record, regarding the Motion on December 10, 2009. During the conference, and also reflected in Defendants' Response, it was apparent to the court that Defendants have no fundamental opposition to the request to depose Defendant Hughes, so long as the deposition occurs at his nursing home and consistent with the nursing home's policies. As further stated on the record,

IT IS ORDERED that Plaintiffs' "Motion to Compel" [Dkt. # 15] is GRANTED in accordance with the parties' agreement to work cooperatively with Defendant's nursing home to arrange for a convenient time and manner of deposition.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: December 11, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 11, 2009, by electronic and/or ordinary mail.

                                    S/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522