**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF THE IRON WORKERS'
LOCAL NO. 25 PENSION FUND;
IRON WORKERS' HEALTH FUND OF EASTERN
MICHIGAN; IRON WORKERS LOCAL NO. 25
VACATION PAY FUND; and IRON WORKERS'
APPRENTICE FUND OF EASTERN MICHIGAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

   Plaintiffs,       Case No. 09-cv-12370
v.             Hon. Robert H. Cleland

CRAWFORD DOOR SALES, INC., and CRAWFORD
DOOR SALES, INC., d/b/a HARDY DOORS, INC.
and CRAWFORD DOCK SYSTEMS, and
WILLIAM L. HUGHES and TODD HUGHES, Individually,

   Defendants.

---

| | |
|---|---|
| **DAVID J. SELWOCKI  P51375** | **DANIEL J. SLIWA P33865** |
| **MATTHEW I. HENZI  P57334** | Attorney for Defendants |
| Sullivan, Ward, Asher & Patton, P.C. | 24624 W. Warren |
| Attorneys for Plaintiffs | Dearborn Heights, MI  48127 |
| 1000 Maccabees Center | (313) 563-3467 |
| 25800 Northwestern Highway | attydsliwa@aol.com |
| Southfield MI  48075-8412 | |
| 248.746.0700 | |
|  MACROBUTTON   HtmlResAnchor | |
| brogers@swappc.com | |
| mhenzi@swappc.com | |

---

**AMENDED JUDGMENT AGAINST DEFENDANTS
CRAWFORD DOOR SALES, INC. AND TODD HUGHES**

   At a session of court held in the City of
   Detroit, Wayne County, Michigan, on:
    __September 9, 2010.

   PRESENT:   Hon. Robert H. Cleland_____
        U.S. District Court Judge

  This matter having come before the Court upon Plaintiffs' Motion  to Amend

Judgment to included statutory interest and attorney fees against Defendants Crawford

1

Door Sales, Inc. and Todd Hughes, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Judgment is entered against the Defendants, Crawford Door Sales, Inc. and Crawford Door Sales, Inc. d/b/a HARDY DOORS, INC. and CRAWFORD DOCK SYSTEMS, and Todd Hughes, in the amount of $29,828.20, for the reasons set forth in this Court's order granting Plaintiffs' Motion for Summary Judgment (Docket No. 31).

**IT IS FURTHER ORDERED** the Judgment is calculated as follows:

- A. $12,974.45 - for Defendants' unpaid employee fringe benefit contributions for April 2009 through August 2009;

- B. $1,761.22 - liquidated damages for late payments as of September 30, 2009;

- C. $2,808.82 – for Defendants unpaid employee fringe benefit contributions for September and October 2009;

- D. $521.75 – liquidated damages for late payments as of December 2, 2009;

- E. $402.75 - interest on the unpaid contributions pursuant to 29 USC §1132(g)(2)(b). This is based on failure to pay $12,974.45 in contributions for work performed from April 2009 through August 2009.

- F. $402.75 - interest on the unpaid contributions pursuant to 29 USC §1132(g)(2)(c)(i). This is based on failure to pay $12,974.45 in contributions for work performed from April 2009 through August 2009.

- G. $59.48 - interest on the unpaid contributions pursuant to 29 USC §1132(g)(2)(b). This is based on failure to pay $2,808.82 in contributions for work performed from September 2009 through October 2009.

- H. $59.48 - interest on the unpaid contributions pursuant to 29 USC §1132(g)(2)(c)(i). This is based on failure to pay $2,808.82 in contributions for work performed from September 2009 through October 2009.

- I. $10,837.50 - attorney fees and costs from May 22, 2009 through April 30, 2010;

**IT IS FURTHER ORDERED** that an audit be completed of Crawford Door and its related entities for all time periods through the present to determine all other due and owing contributions and that the auditor's reimbursable cost to Defendants may be no greater than $200.00; and,

**IT IS FURTHER ORDERED** that, once the audit is completed, the Judgment may be amended to include any additional amounts determined due pursuant to the audit plus the mandates of 29 USC §1132(g)(2) on the additional amounts, upon further submission to the Court.

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction of this matter to effectuate the terms of this Judgment.


    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: September 9, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 9, 2010, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522

Amended Judgment Prepared By:
Matthew I. Henzi  P57334
David J. Selwocki  P51375
Attorneys for Plaintiffs